1  DANIEL G. BOGDEN
United States Attorney
2  AMBER M. CRAIG
Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
4  PHONE: (702) 388-6336
FAX: (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **2:97-mj-1166-VCF** |
| vs. | <u>GOVERNMENT'S MOTION TO DISMISS COMPLAINT</u> |
| RAUL FLORES MEDINA, | |
| Defendant. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and files this Motion for Leave to dismiss the Complaint as against defendant RAUL FLORES MEDINA pursuant to Fed. R. Crim. P. 48(a). Upon review of the entire record, the United States has determined that, in the best interests of justice, the foregoing Complaint should be dismissed without prejudice as against defendant RAUL FLORES MEDINA.

//

//

//

//

//

//

1

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of Federal Rules of Criminal Procedure, and grant this motion to dismiss the Complaint as against defendant RAUL FLORES MEDINA.

DATED this 24th day of September, 2013.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Amber M. Craig
AMBER M. CRAIG
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal. **DATED** this 29th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

2